| | |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:21-cr-00089-NONE-SKO |
|     Plaintiff, | |
|   v. | |
| ELI QUIROZ HERNANDEZ,<br>    Defendant. | |
| UNITED STATES OF AMERICA, | 1:21-cr-00113-DAD-BAM |
|     Plaintiff, | **New Case Number:**<br>**1:21-cr-00113-NONE-SKO** |
|   v. | |
| EMILIO HERNANDEZ YESCA, et al.,<br>    Defendant. | |
| UNITED STATES OF AMERICA, | 1:21-cr-00114-DAD-BAM |
|     Plaintiff, | **New Case Number:**<br>**1:21-cr-00114-NONE-SKO** |
|   v. | **ORDER REASSIGNING CASES FOR ALL PURPOSES** |
| JORGE LUIS HERNANDEZ GONZALEZ,<br>    Defendant. | |

Pusuant to the filing of the Notice of Related Cases in case numbers 1:21-cr-00089-NONE-SKO, 1:21-cr-00113-DAD-BAM, 1:21-cr-00114-DAD-BAM on April 30, 2021;

Case numbers 1:21-cr-00113-DAD-BAM and 1:21-cr-00114-DAD-BAM is transferred to the docket of "Unassigned" ("NONE") as the district judge and to Magistrate Judge Sheila K. Oberto to effect a savings of judicial effort and judicial economy.

To prevent a delay in documents being received by the correct judicial officer, the new case numbers listed below should be used on all future documents.

**1:21-cr-00113-NONE-SKO and 1:21-cr-00114-NONE-SKO**

IT IS SO ORDERED.

Dated: **May 3, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE