DAVID A. TORRES | TORRES STALLINGS
A LAW CORPORATION
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
ELI QUIROZ HERNANDEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>ELI QUIROZ HERNANDEZ,<br><br>             Defendants. | Case No. 1:21-CR-00089-1-JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF DAVID A. TORRES AS ATTORNEY OF RECORD; ORDER** |

On March 18, 2021, a criminal complaint was filed against defendant, Eli Quiroz Hernandez and a hearing was held on March 18, 2021. CJA Panel attorney, David A. Torres, was appointed as trial counsel to represent Mr. Hernandez on January 27, 2022.

Mr. Hernandez was sentenced to 87 months. The time for filing a direct appeal was 14 days. No direct appeal was filed. Mr. Hernandez was in custody at the time of sentencing. The trial phase of Mr. Hernandez's criminal case has, therefore, come to an end.

Having completed my representation of Mr. Hernandez, CJA attorney, David A. Torres, now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Hernandez require further legal assistance, he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559)487-5561 (collect) or (855)656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

1

Dated: October 18, 2023                                      Respectfully Submitted,

                                                             */s/ David A. Torres*
                                                             DAVID A. TORRES
                                                             Attorney for Defendant
                                                             ELI QUIROZ HERNANDEZ

## ORDER

Having reviewed the notice and found that attorney David A. Torres has completed the services for which he was appointed, the Court hereby grants attorney David A. Torres' request for leave to withdraw as defense counsel in this matter for Eli Hernandez. Should Mr. Hernandez seek further legal assistance, defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist the defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant, Eli Hernandez, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Eli Quiroz Hernandez
JID: 35341509
GEO Secure Services
Central Valley Annex
254 Taylor Avenue
McFarland, CA 93250

IT IS SO ORDERED.

Dated:   **October 19, 2023**                                UNITED STATES DISTRICT JUDGE

2